# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DE KUN ZHENG <br> Defendant. | Case No.: 24-MJ-147-DES <br> Date: 05/03/2024 <br> Time: 11:24 a.m. – 11:54 a.m. |

**MINUTE SHEET**
**INITIAL APPEARANCE**
**(Rule 5)**

D. Edward Snow, U.S. Magistrate Judge     Toni Moore, Deputy Clerk
FTR Courtroom:   1 - Room 230

Counsel for Plaintiff:   Patrick Flanigan, AUSA
Counsel for Defendant: James Sicking, AFPD

☒ Fin. Afdt / oral request for counsel      Obj by Gov't : ☐ yes  ☒ no  ☒ Court appointed counsel
☒ Interpreter: Jimmy Xie;  ☒ sworn
☒ Defendant sworn
☒ Defendant acknowledged receipt of copy of  _Warrant/Indictment_  from Eastern District of California (Case No. 2:22-CR-00231-JAM)
☒ Court advised defendant of constitutional rights under Rule 5.
☒ Court advised defendant of constitutional rights under Rule 20.

☒ Defendant waived Identity Hearing                             ☒ Waiver executed and accepted by Court
☐ Defendant orally waived Preliminary Hearing
☐ Defendant requested Preliminary Hearing                ☐ **Preliminary Hearing set Select a date.**
☐ Defendant requested to proceed to prosecuting district for preliminary hearing

☐ Parties have reviewed Pretrial Services Report regarding detention     Obj ☐ yes  ☒ no -  ☐ by _____

☒ Government filed Motion for Detention
☒ Defendant waived detention hearing in this district and requested to be allowed to proceed to prosecuting district for further proceedings
☐ Defendant reserved issue of detention at this time
☐ Defendant agreed issue of bond is moot
☐ Defendant requested Detention Hearing                   ☐ **Detention Hearing set Select a date.**
☒ Defendant remanded to custody of U.S. Marshal for removal to the Eastern District of California
☐ Defendant allowed to post bond in the amount of _____ (unsecured/secured/surety)
   ☐ Conditions of Release: _____

**Additional Minutes:**


☒  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: TM